

**Hunter & Kmiec**  Attorneys at Law

hunterkmiec.com

**James A Hunter**
255 West 94th Street, No. 10M
New York, New York 10025
t 646 666 0122
f 646 462 3356
hunter@hunterkmiec.com
admitted in new york only

**Keenan D Kmiec**
235 Main Street, No. 224
Venice, California 90291
t 917 859 7970
f 646 462 3356
kmiec@hunterkmiec.com
admitted in california and dc only

May 24, 2016

The Honorable Paul A. Engelmayer
The U.S. District Court for the Southern District of New York
   40 Foley Square, Room 2201
      New York, New York 10007

***BY ECF***

      Re:   *Christopherson v. Platinum Partners Value Arbitrage Fund L.P. et al.*,
             No. 15-cv-6372 (PAE) (GWG) (S.D.N.Y. filed Aug. 12, 2015)

Dear Judge Engelmayer:

      My firm represents Plaintiff Cody Christopherson in the case referred to above. I write pursuant to the Court's order entered in that case on May 17, 2016. *See* Dkt. No. 57. The order directed the parties "to file a stipulation of dismissal by May 24, 2016, or otherwise to file a joint letter by that date informing the Court of their proposed next steps."

      The parties have been drafting a definitive agreement to memorialize their settlement. Once the agreement is finalized and executed, they intend to submit it to the Court for approval. The parties propose to refer the case for that purpose to Judge Gorenstein, who assisted them in reaching an agreement and who is already familiar with the agreement's substantive terms. To that end, I am filing a completed and signed proposed order of reference, on the form provided by Judge Gorenstein, contemporaneously with this letter. *See* Dkt. No. 58; *see also* Dkt. No. 23 (this Court's December 4, 2015 Order of Reference to Magistrate Judge for the purposes of settlement). Unless the Court disagrees with the proposed reference, we respectfully ask that it endorse and enter that order. We should be able to provide Judge Gorenstein with a fully executed copy of our settlement agreement by early next week and will comply with the settlement approval process directed by him.

      Before filing this letter with the Court, I furnished a copy of it to counsel for the other parties, and they have advised me that they agree with the statements made herein. We are available to answer any further questions the Court may have. Thank you.

                                      Respectfully submitted,

                                      James A. Hunter

Copies by ECF:

All Counsel of Record